| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Office of Dennis Rasmussen<br>Dennis Rasmussen (SBN 153479)<br>750 East Green Street, Suite 333<br>Pasadena, CA 91101<br>(626) 683-8942 PH<br>(888) 848-4570 FAX | |
| ☐ *Debtor's appearing without attorney*<br>☒ *Attorney for:* Adam Estorga | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>Adam Estorga<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 6:18-bk-17415-SY<br>CHAPTER 13<br><br>**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: 11/06/2018<br>TIME: 1:30 PM<br>COURTROOM: 302<br>ADDRESS: 3420 Twelfth Street<br>Riverside, CA 92501 |

**TO CREDITOR HOLDING JUNIOR LIEN** (*name*):

SRP 2013-9 Funding Trust

1. **NOTICE IS HEREBY GIVEN** that on and at the above date, time and place indicated above, Debtor in the above-captioned case will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

2. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

3. **Deadline for Opposition Papers:** This motion is being heard on regular notice pursuant to LBR 9013-1. If you oppose this motion, you must file a written opposition with the court and serve a copy of it upon the Debtor or Attorney for Debtor at the address set forth above no later than 14 days before the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 1                              F 4003-2.4.JR.LIEN.MOTION

4. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies under penalty of perjury under the laws of the United States of America that the above-stated hearing date and time were available for this type of Motion according to the self-calendaring procedures of the assigned judge, (*specify name of judge*) Judge Scott Yun_____.

Executed on (*date*): 09/21/2018

Law Offices of Dennis Rasmussen
Printed name of law firm (if applicable)

Dennis Rasmussen
Printed name of Debtor or Attorney for Debtor

_[signature]_
Signature of Debtor or Attorney for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    F 4003-2.4.JR.LIEN.MOTION

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: Adam Estorga )

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** SRP 2013-9 Funding Trust

1. **Subject Property:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address: 130 East 20th Street
    Unit number: _____
    City, county, state, zip code: Upland, CA 91784
    Legal description and/or map/book/page number, including county of recording:
    APN 1044-081-13Tract 9066 Lot 4 City/Muni/Twp: UplandPage Grid 572-B5. San Bernardino County. Lot:4 DIST:07 CITY"Upland TR# 9066

    ☐ See attached page for legal description of Property or document recording number.

2. **Subject Lien**

    Date and place of recordation of lien recording instrument number and document recording number (*specify*)
    San Bernardino County Recorded 2/14/2007 ; Document # 2007-0097195

3. **Case History:**

    a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 of the Bankruptcy Code, 11 U.S.C. was filed in this case on (*specify petition date*): 08/31/2018.

    b. ☐ An Order of Conversion to Chapter 13 was entered in this case on (*specify date*): _____.

4. **Grounds for Avoidance of Junior Lien:**

    a. As of (*date of title review*) 09/20/2018, the Property is subject to the following liens in the amounts specified securing the debt against the Property that Debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) Deutsche Bank National Trust Company in the amount of $765,687.38.

    (2) (*Name of holder of 2nd lien*) SRP 2013-9 Funding Trust in the amount of $ 139,000.00    ☒ is ☐ is not  to be avoided;

    (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

    ☐ See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 09/20/2018, Property is worth no more than (*value per valuation/appraisal*) $ 720,000.00.

    b. As shown here, the Creditor holding the judicial lien encumbering the Property is wholly unsecured.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 3    F 4003-2.4.JR.LIEN.MOTION

c. **Evidence in Support of Motion:**

(1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) Deeds of trust, payoff statement, attached hereto and identified as Exhibit C.

(2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) Deeds of Trust, collection letter, attached hereto and identified as Exhibit D.

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___.

(4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit E.

(5) ☒ The value of the Property from paragraph 3(b) is based on (*type of evidence*) Appraisal, attached as Exhibit A.

(6) ☒ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence (*specify/identify supplemental evidence*): _____, attached as Exhibit ___.

WHEREFORE, Debtor requests that this court issue an order granting this motion in the form of the **Attachment** to this motion. *(Attach a separate Attachment for each lien to be avoided.)*

Date: 09/21/2018

Respectfully submitted,

_[signature]_
Signature of Debtor or Attorney for Debtor

Dennis Rasmussen
Printed name of Debtor or Attorney for Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                    Page 4                    F 4003-2.4.JR.LIEN.MOTION

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 506: VALUATION/LIEN AVOIDANCE)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** SRP 2013-9 Funding Trust.

2. **Subject Lien:** Date and place or recordation of lien (*specify*): February 14, 2007 San Bernardino County

   Recorder's instrument number and/or document recording number: 2007-0097195.

3. **Collateral:**

   a. Real property (street address, city, county and state, where located, legal description or map/book/page number, including county of recording): 130 East 20th Street, Upland, CA 91784 . ☒ See attached page.

   b. Other collateral: _____ . ☐ See attached page.

4. **Secured Claim Amount Determination**

   a. Value of Collateral: ............................................................................. $ 720,000.00

   b. Senior Liens (reducing equity in the property to which the Subject Lien can attach):

       (1) First lien: .................................................... ($ 765,687.38 )
   
       (2) Second lien: ............................................... ($ 139,000.00 )
   
       (3) Third lien: .................................................. ($ )
   
       (4) Additional senior liens (*attach list*): .................... ($ )
   
       Subtotal: .......................................................................................... ($ 904,687.38 )

   c. Secured Claim Amount (negative results should be listed as -$0-): $ -202,687.38

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims in Class 5A of the Plan.

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The effective date of avoidance of the Subject Lien (Lien Avoidance Effective Date) will be upon:

   ☐ completion of the Chapter 13 Plan, or ☒ receipt of a Chapter 13 discharge in this case.

6. **Retention of lien until avoidance:** The Creditor Lienholder will retain the Subject Lien for the full amount due under the corresponding note and deed of trust, mortgage or lien if the Debtor's Chapter 13 case is dismissed or converted to any other chapter under the Bankruptcy Code, or if the Collateral is sold or refinanced, prior to the Lien Avoidance Effective Date.

7. **Retention of rights upon foreclosure of other lien:** In the event that the holder of any other lien on the Collateral forecloses on its interest and extinguishes the Creditor Lienholder/Servicer's lien rights prior to the Lien Avoidance Effective Date, the Creditor Lienholder's lien shall attach to any proceeds greater than necessary to pay the senior lien(s) from the foreclosure sale.

☐ See attached page(s) for more liens/provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 5    F 4003-2.4.JR.LIEN.MOTION

ATTACHMENT IN RE: Legal Description of Subject Property

Site Address:  130 East 20th Street, Upland, CA 91784

APN # 1044-081-13

Census Tract # 0008.20

Housing Tract # 9066

Lot Number 4.

Page Grid: 572-B5

Lot: 4 District: 07 Tract No. 90066


Abbreviated Description Lot: 4 DISR: 07 CITY: Upland TR# 9066 TRACT 9066 LOT 4 City/Muni/Twp: UPLAND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

750 East Green Street, Suite 333
Pasadena, CA 91101

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND** _____

_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/21/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ustpregion16.rs.ecf@usdoj.gov
notice-efile@rodan13.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/21/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon Scott Yun
3420 Twelfth Street #345
Riverside, Ca 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/21/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| SRP 2013-9 Funding Trust | Select Portfolio Servicing | Deutsche Bank National Trust Company |
| c/o SN Servicing Corporation | 3217 South Decker Lake Drive | c/o Deutsche Bank Holdings |
| 323 Fifth Street | Salt Lake City | 300 South Grand Avenue, 41st Floor |
| Eureka, Ca. 95501 | Utah, 84119 | Los Angeles, CA 90071 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/21/2018 | Mary Rosendale | */s/ Mary Rosendale* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                                    Page 6                                              F 4003-2.4.JR.LIEN.MOTION

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| Chief Executive Officer<br>Deutsche Bank National Trust Company<br>c/o Deutsche Bank Holdings<br>300 South Grand Avenue, 41st Floor<br>Los Angeles, CA 90071 | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other (specify):<br>Bloomberg Business Listing | ☐ United States mail<br>☒ Certified mail –<br>Tracking # 70173040000045641570<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **1st lienholder (name) and Agent for Service of Process (name and address)**<br>Mr. Matt Hollingsworth, CEO<br>Select Portfolio Servicing<br>3217 South Decker Lake Drive<br>Salt Lake City, UT 84119 | ☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☐ Other (specify): | ☐ United States mail<br>☒ Certified mail –<br>Tracking # 70173040000045641587<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **1st lienholder (name) and Servicing Agent (name and address)** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | ☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **2nd lienholder (name and address)**<br>Mr. Robin P. Arkley CEO<br>SRP 2013-9 Funding Trust<br>c/o SN Servicing Corporation<br>730 Seventh Street<br>Eureka, CA 95501 | ☐ Proof of claim ☒ Secretary of State<br>☐ FDIC website ☐ Other (specify):<br>Primary Place of Business in the State of California. | ☐ United States mail<br>☒ Certified mail –<br>Tracking # 70173040000045641617<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **2nd lienholder (name) and Agent for Service of Process (name and address)**<br>Mr. Robin P. Arkley, CEO<br>SRP 2013-9 Funding Trust<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☒ Other (specify):<br>Mortgage Coupon | ☐ United States mail<br>☒ Certified mail –<br>Tracking # 70173040000045641624<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| **2nd lienholder (name) and Servicing Agent (name and address)** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | ☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                                                Page 7                                               F 4003-2.4.JR.LIEN.MOTION

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
|---|---|---|
| 3rd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
|---|---|---|
| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☐ United States mail<br>☐ Certified mail –<br>Tracking # _____<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 8    F 4003-2.4.JR.LIEN.MOTION

LAW OFFICES OF DENNIS RASMUSSEN
DENNIS RASMUSSEN (CA SBN 153479)
Email: dennisrasmussen@realestatelawcenter.org
750 East Green Street, Suite 333
Pasadena, California 91101
Telephone: (626) 683-8942
Facsimile: (888) 848-4570

Attorneys for Debtor
Adam Estorga

UNITED STATES BANKRUPTCY COURT

CENTRAL BANKRUPTCY COURT

In re:

ADAM ESTORGA

Debtor

CASE NO.: 2:18 bk-17415-bk

DECLARATION OF ADAM ESTORGA IN SUPPORT OF MOTION TO AVOID JUNIOR LIEN HELD BY SRP 2013-9 FUNDING TRUST ON PRINCIPAL RESIDENCE

DECLARATION

I, Adam Estorga, the Debtor herein, hereby declare:

1. The matters as set forth in this declaration are true of my own knowledge and, if called upon to do so, I could and would completely testify to them.

2. I am the debtor in the above-entitled Bankruptcy case. My case commenced with the filing of a Chapter 13 bankruptcy petition on August 31, 2018. Rod Danielson was duly appointed to serve as Trustee.

3. I believe and assert that the reasonable fair-market value of the property commonly known as 130 East 20th Street, Upland, CA 91784 (Hereinafter the "ASSET") is $720,000 (EXHIBIT A)

4. Schedule D filed in my case (Exhibit B) discloses my interest in the ASSET.

5. The Senior Lien is now serviced by **Select Portfolio Servicing**. The First Deed of Trust dated February 2, 2007 and recorded in the Official Records of the San Bernardino County

Debtor's Declaration in Support of Motion to avoid Junior Lien on Principal Residence.

Recorders Office on February 14, 2007 as Document # 2007-0097194 reflects that the original Lender of this Senior Lien was **Apreva Financial Corp**. A Notice of Assignment of Deed of Trust was recorded in the County Recorder's Office on 11/4/2013 as Document # 2013-0473896 assigning this Deed of Trust to **Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement relating to Impac Secured Asset Corp; Mortgage Pass-Through Certificates, Series 2007- 3**. I have attached a copy of this original Deed of Trust, a copy of the Assignment of Deed of Trust and a recent mortgage statement from **Select Portfolio Servicing**, the current servicer, showing the amount of the loan. (EXHIBIT C). I, along with my attorney have done due diligence to find a corporate officer of the Senior Lien on whom to serve this Motion. **Deutsche Bank National Trust Company** is not listed on the California Secretary of State website. Further search shows that neither **Deutsche Bank National Trust Company** nor **Deutsche Bank Holdings** have any Key Executives Recorded. Nevertheless I have addressed a full copy of this Motion and Exhibits to the CEO at **Deutsche Bank Holding Company** at their address at 300 South Grand Avenue, 41st Floor, Los Angeles, CA 90071.

6. The Junior Lien, which is the subject of this Motion, is now held by **SRP 2013-9 Funding Trust**. The Lender of the original Deed of Trust of this Junior Lien was **Apreva Financial Corp**. On August 14, 2012 this Deed of Trust was assigned to **Bank of America** from **Apreva Financial Corp.** and this Assignment was recorded in the San Bernardino County Recorders Office as Document # 2012-0325786. On 4/23/2014 **Bank of America** assigned this Deed of Trust to **SRP 2013-9 Funding Trust** and this assignment was recorded in the San Bernardino County Recorder's Office as Document # 2014-0144530. I have attached a copy of this Original Deed of Trust along with both Assignments and a copy of a recent statement from the current lienholder, **SRP 2013-9 Funding Trust** to show the chain of assignment and also the current value of this loan. (Exhibit D). I have done due diligence with my attorney to locate an Executive of **SRP 2013-9 Funding Trust** and can find no entity nor corporate officers for this entity. I have attached a letter from the servicer of this lien, **SN Servicing Corporation** asserting that they are the agent for **SRP 2013-9 Funding Trust** and that all communications regarding this lien must be made through **SN Servicing** for the benefit of **SRP 2013-9** Funding Trust.

7. I believe and assert that **SRP 2013-9 Funding Trust** is the Junior Lien as is reflected on the Title Report for the Asset. (EXHIBIT E)

**Debtor's Declaration in Support of Motion to avoid Junior Lien on Principal Residence.**

Based on the value of the ASSET and the superior security interest held by **Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement relating to Impac Secured Asset Corp; Mortgage Pass-Through Certificates, Series 2007-3,** which loan is currently serviced by their agent, **Select Portfolio Servicing**, I believe and assert that the second Deed of Trust security interest in the asset as held by **SRP 2013-9 Funding Trust**, for all intents and purposes, to be a wholly unsecured debt.

Wherefore, I join with my attorney in moving this Court to issue an Order to Avoid Junior Lien as held by **SRP 2013-9 Funding Trust**

I, Adam Estorga, hereby certifiy uner penalty of perjury that I have read the foregoing Declaration in Support of a Motion to avoid Junior Lien as held by **SRP 2013-9 Funding Trust.** I further certify that the contents thereof are true and correct to the best of my knowledge and belief.

Executed on this 21st day of September, 2018.

_____
Adam Estorga

3 of 3

**Debtor's Declaration in Support of Motion to avoid Junior Lien on Principal Residence.**