**LAW OFFICES OF DENNIS RASMUSSEN**
**DENNIS RASMUSSEN (CA SBN 153479)**
Email: dennisrasmussen@realestatelawcenter.org
750 East Green Street, Suite 333
Pasadena, California 91101
Telephone: (626) 683-8942
Facsimile:  (888) 848-4570

Attorneys for Debtor
Adam Estorga

## UNITED STATES BANKRUPTCY COURT

## CENTRAL BANKRUPTCY COURT

| In re: | CASE NO.: 2:18 bk-17415-bk |
|---|---|
| ADAM ESTORGA | |
| Debtor | |

**EXHIBITS TO MOTION TO AVOID JUNIOR
LIEN ON PRINCIPAL RESIDENCE**

**EXHIBIT A: Appraisal**

**EXHIBIT B:  Schedule D**

**EXHIBIT C:  Deed of Trust, Assignment of Deed of Trust and Miscellaneous
                        Exhibit pertaining to Senior Lien**

**EXHIBIT D: Deed of Trust, Assignments of Deed of Trust and Collection
                        Letter pertaining to Junior Lien**

**EXHIBIT E: Title Report**

1 of 1

---

**List of Exhibits**

**EXHIBIT A**

I, Zak Goldman, hereby assert and state as follows:

I am a Certified Residential Appraiser.  My California Office of Real Estate Appraisers License number is AR032473.

I personally inspected the home owned by Adam Estorga and Yvette Estorga located at 130 East 20 Street, Upland 91784. A true and correct copy of this appraisal is attached as Exhibit "A".

I have no present or contemplated interest in the real estate that is the subject of this appraisal report and the fee I received is in no manner contingent upon the value reported.

I have no personal interest or bias with respect to the subject matter of the appraisal report, nor do I have personal interest or bias with respect to the parties involved in the Motion for Order Valuating Property and Stripping Lien under 11 U.S.C. C. 506.7 1322 (b)(2) and Bankruptcy Rule 3012 among others, to which my declaration is attached.

As set forth in the appraisal and incorporated by reference as if set forth in full herein, based on the degree of inspection of the subject property, as indicated herein, defined Scope of Work, Statement of Assumptions, and Limiting Conditions, and Appraiser's Certification, my opinion of the Market Value, as defined therein, of the real property that is the subject of the appraisal is $720,000.00 as of September 18, 2018.

Executed this _20th_ day of September, 2018 at _Los Angeles_ County, California.

I declare under the penalty of Perjury under the laws of the State of California that the foregoing is true and correct.

Zak Goldman

Gold Appraisal

Main File No. 130 E 20th St   Page #

130 E 20th St

# RESIDENTIAL APPRAISAL REPORT

File No.: 130 E 20th St

**SUBJECT**

| Property Address: 130 E 20th St | City: Upland | State: CA | Zip Code: 91784 |
|---|---|---|---|

County: San Bernardino    Legal Description: Tract 9066 Lot 4

Assessor's Parcel #: 1044-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

| Tax Year: 2017 | R.E. Taxes: $ 8,738 | Special Assessments: $ 0 | Borrower (if applicable): n/a | | |

Current Owner of Record: Estorga Yvette T    Occupant: ☒ Owner ☐ Tenant ☐ Vacant    ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ 0    ☐ per year ☐ per mo

Market Area Name: Upland    Map Reference: 572-B5    Census Tract: 0008.20

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)    Private Purposes Only, Not for loan

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: Private Purposes Only, Not for loan purposes

**ASSIGNMENT**

Intended User(s) (by name or type): Private Purposes, Intended user is current owner of the subject, not for loan purposes, no other users intended

Client: Private Purposes Only    Address:

Appraiser: Zak Goldman    Address: 1220 Lake St, Huntington Beach, CA 92648

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|
| | | | PRICE | AGE | One-Unit 65 % | ☒ Not Likely |
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | $(000) | (yrs) | 2-4 Unit 5 % | ☐ Likely * ☐ In Proces |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☐ Owner | 305 Low 1 | | Multi-Unit 15 % | * To: |
| Property values: | ☒ Increasing ☐ Stable ☐ Declining | ☐ Tenant | 1,285 High 95 | | Comm'l 15 % | |
| Demand/supply: | ☒ Shortage ☐ In Balance ☐ Over Supply | ☐ Vacant (0-5%) | 724 Pred 55 | | % | |
| Marketing time: | ☐ Under 3 Mos. ☒ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | | | |

**MARKET AREA DESCRIPTION**

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Market boundaries appear to be San Antonio Heights to the North, Rancho Cucamonga to the East, Claremont to the West, Church St to the South. The subject property is locate in the City of Upland comprised of mainly tract homes and condominiums as well as some multi family properties and commercial property in average to good condition. It is located within adequate proximity to employment, schools, shopping, recreational, community services (fire, police, medical, postal...) and freeway transportation.

Dimensions: See Plat Map    Site Area: 23,880 sf

Zoning Classification: SFR    Description: SFR

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoni

Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown    Have the documents been reviewed? ☐ Yes ☐ No    Ground Rent (if applicable) $    /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: SFR    Use as appraised in this report: SFR

Summary of Highest & Best Use: Single Family Residence per public records, data sources, MLS, Realist, city records, etc.

**SITE DESCRIPTION**

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Sloping/Flat |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical |
| Gas | ☒ | ☐ | | Curb/Gutter | Concrete | ☒ | ☐ | Shape | See Plat Map |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Drainage | Typical |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Yes | ☒ | ☐ | View | None |
| Storm Sewer | ☐ | ☐ | | Alley | None | | | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X    FEMA Map # 06071C7870J    FEMA Map Date 09/02/2016

Site Comments: None apparent or disclosed to appraiser at time of inspection. No legal, environmental or title documents provided to appraiser No apparent adverse easements, encroachments noted for the subject. Subject backs the #210 Freeway, external obsolescence observed.

**DESCRIPTION OF THE IMPROVEMENTS**

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating Yes | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Conc/Avg | Slab | Concrete | Area Sq. Ft. | 0 | Type | FAU |
| # of Stories | 1 | Exterior Walls | Stucco/Avg | Crawl Space | Scuttle | % Finished | 0 | Fuel | Gas |
| Type ☒ Det. ☐ Att. | | Roof Surface | Comp/Avg | Basement | None | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | Raingutters/Avg | Sump Pump | ☐ | Walls | | Cooling CAC | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Dual/Avg | Dampness | ☐ | Floor | | Central | Yes |
| Actual Age (Yrs.) 40 | | Storm/Screens | Screens/Avg | Settlement | N/a | Outside Entry | | Other | |
| Effective Age (Yrs.) 15 | | | | Infestation | N/a | | | | |

| Interior Description | | Appliances | Attic ☐ None | Amenities | | | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Cpt/Tile/Hw/Avg | Refrigerator ☐ | Stairs ☐ | Fireplace(s) # | 0 | Woodstove(s) # | 0 | Garage # of cars ( 6 1 | |
| Walls | Drywall/Avg | Range/Oven ☒ | Drop Stair ☐ | Patio | Cvd | | | Attach. 0 | |
| Trim/Finish | Paint/Avg | Disposal ☒ | Scuttle ☒ | Deck | Wood | | | Detach. 3 | |
| Bath Floor | Tile/Avg | Dishwasher ☒ | Doorway ☐ | Porch | Cvd | | | Blt-In | |
| Bath Wainscot | Tile/Avg | Fan/Hood ☒ | Floor ☐ | Fence | Wood/Block | | | Carport 0 | |
| Doors | | Microwave ☐ | Heated ☐ | Pool | None | | | Driveway 3 | |
| | | Washer/Dryer ☐ | Finished ☐ | | | | | Surface Concrete | |

Finished area above grade contains: 8 Rooms    4 Bedrooms    3 Bath(s)    2,579 Square Feet of Gross Living Area Above Grad

Additional features: Standard energy efficient items noted.

Describe the condition of the property (including physical, functional and external obsolescence): C4;No functional, physical or external inadequacies were observed for the subject. Subject was found to be in "C4" overall condition with average to good upgrades/updating work. Some work appeared to be incomplete at time of inspection to flooring/tile work, chipping/peeling paint, etc.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and cre
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2

Main File No. 130 E 20th St    Page #

130 E 20th St

File No.:  130 E 20th St

# RESIDENTIAL APPRAISAL REPORT

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):  Tax, MLS, etc.

| TRANSFER HISTORY | | |
|---|---|---|
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: | No transfers noted in the past 36 month |
| Date: | per Tax, MLS, NDC, Fastweb. See grid above for comparable sales information. | |
| Price: | | |
| Source(s): Realist, Tax, NDC, MLS | | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

**SALES COMPARISON APPROACH TO VALUE (if developed)**   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address 130 E 20th St | | 2015 Tapia Way | | 2047 N Palm Ave | | 1936 N Tulare Way | |
| Upland, CA 91784 | | Upland, CA 91784 | | Upland, CA 91784 | | Upland, CA 91784 | |
| Proximity to Subject | | 0.07 miles NW | | 0.27 miles NW | | 0.48 miles W | |
| Sale Price | $ | | $ 770,000 | | $ 663,500 | | $ 685,0 |
| Sale Price/GLA | $ /sq.ft. | $ 288.39 /sq.ft. | | $ 325.88 /sq.ft. | | $ 259.86 /sq.ft. | |
| Data Source(s) | | Ndc/Mls/Tax/Fld | | Crmls#CV18093643;DOM 7 | | Crmls#CV18082702;DOM 8 | |
| | | Crmls#IV18019049;DOM 33 | | | | | |
| Verification Source(s) | | Title | | Doc # 201409 Coe 06/04/2018 | | Doc # 244034 Coe 07/05/201 | |
| | | Doc # 118700 Coe 04/04/2018 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adju |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | 0 | Conv;0 | 0 | Conv;0 | |
| Date of Sale/Time | | s04/18;c03/18 | 0 | s06/18;c05/18 | 0 | s07/18;c04/18 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | BacksFryProx | N;Res; | -15,000 | N;Res; | -15,000 | BacksFryProx | |
| Site | 23,880 sf | 21000 sf | +3,000 | 21800 sf | +2,000 | 17582 sf | +6,0 |
| View | None | None | | None | | None | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 40 | 39 | 0 | 41 | 0 | 40 | |
| Condition | C4 | C4 | | C4 | | C4 | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8   4   3 | 8   4   3 | | 8   5   2 | +10,000 | 8   4   2.1 | +5,0 |
| Gross Living Area | 2,579 sq.ft. | 2,670 sq.ft. | 0 | 2,036 sq.ft. | +41,000 | 2,636 sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Fau/Cac | Fau/Cac | | Fau/Cac | | Fau/Cac | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | 2 Car Garage | +5,000 | 3 Car Garage | |
| Porch/Patio/Deck | Cvd/Typical | Cvd/Typical | | Cvd/Typical | | Cvd/Typical | |
| Pool | In Ground | In Ground | | In Ground | +10,000 | In Ground | +10,0 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,000 | ☒ + ☐ - | $ 53,000 | ☒ + ☐ - | $ 21,0 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | | $ 758,000 | | $ 716,500 | | $ 706,0 |

Summary of Sales Comparison Approach    See "SALES COMPARISON APPROACH", page #3. All 3 closed sales (some of which are slightly date
compete directly with the subject. Comparables 1-3 are closed sales and are all similar in age, quality, location, design, room counts, and
appeal. See page #4 for additional comparable properties. MLS photos may have been utilized in this analysis. MLS information assumed to
true and accurate.

Indicated Value by Sales Comparison Approach $    720,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and cre
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

3/2

Main File No. 130 E 20th St | Page #
130 E 20th St
File No.: 130 E 20th St

# RESIDENTIAL APPRAISAL REPORT

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): _____

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data:  M & S Handbook | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service:  Average  Effective date of cost data:  Current | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| Site value is estimated by the extraction method from data analyzed | | Sq.Ft. @ $ | =$ |
| from improved property sales and represents a typical site value for this | | Sq.Ft. @ $ | =$ |
| area. The remaining life is estimated at 50 years based on an | | | =$ |
| anticipated life span of 70 years. Cost figures were taken from Marshall | Garage/Carport | Sq.Ft. @ $ | =$ |
| & Swift residential cost handbook with local multipliers applied, additional | Total Estimate of Cost-New | | =$ |
| builders cost breakdowns for proposed construction from appraiser files. | Less      Physical    Functional    External | | |
| | Depreciation | | =$( |
| | Depreciated Cost of Improvements | | =$ |
| | ''As-is'' Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required):       50 Years | INDICATED VALUE BY COST APPROACH | | =$ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**   ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $      0      X Gross Rent Multiplier      0      = $          Indicated Value by Income Appro

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**     ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 720,000    Cost Approach (if developed) $          Income Approach (if developed) $

Final Reconciliation   The sale comparison approach is generally considered the most appropriate indicator of residential value as it best reflects t
actions of buyers and sellers in the marketplace. Income approach not developed in this analysis.

This appraisal is made ☒ ''as is'', ☐  subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have be
completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject
the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:   This report is a private
purposes report and is being made "as-is".

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditio
and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subj
of this report is:  $         720,000         , as of:            720,000            , which is the effective date of this apprais
If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached adden

## ATTACHMENTS

A true and complete copy of this report contains   n/a   pages, including exhibits which are considered an integral part of the report. This appraisal report may not
properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | | |
|---|---|---|---|---|
| ☐ Scope of Work | ☐ Limiting Cond./Certifications | ☐ Narrative Addendum | ☐ Photograph Addenda | ☐ Sketch Addendum |
| ☐ Map Addenda | ☐ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| ☐ Hypothetical Conditions | ☐ Extraordinary Assumptions | ☐ | | |

Client Contact:                                          Client Name:   Private Purposes Only

E-Mail:                          Address:

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:  Zak Goldman | Supervisory or Co-Appraiser Name: |
| Company:  Gold Appraisals | Company: |
| Phone: (949) 394-8808      Fax: | Phone:                Fax: |
| E-Mail:  goldappraisals@yahoo.com | E-Mail: |
| Date of Report (Signature):   09/18/2018 | Date of Report (Signature): |
| License or Certification #:   AR032473      State: CA | License or Certification #:               State: |
| Designation: | Designation: |
| Expiration Date of License or Certification:   11/20/2019 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ Non |
| Date of Inspection:      720,000 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and cre

**GP RESIDENTIAL**

Main File No. 130 E 20th St  Page #

130 E 20th St

File No.:  130 E 20th St

# ADDITIONAL COMPARABLE SALES

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 130 E 20th St<br>Upland, CA 91784 | 2015 Flower Ct<br>Upland, CA 91784 | | | | | |
| Proximity to Subject | | 0.19 miles E | | | | | |
| Sale Price | $ | $ | 789,000 | $ | | $ | |
| Sale Price/GLA | $              /sq.ft. | $      319.17 /sq.ft. | | $        /sq.ft. | | $        /sq.ft. | |
| Data Source(s) | Ndc/Mls/Tax/Fld | Crmls#SR18201549;DOM 32 | | | | | |
| Verification Source(s) | Title | Pending Sale | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adju |
| Sales or Financing<br>Concessions | | Listing | | | | | |
| Date of Sale/Time | | Pending Sale | 0 | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | BacksFryProx | N;Res; | -15,000 | | | | |
| Site | 23,880 sf | 20000 sf | +4,000 | | | | |
| View | None | None | | | | | |
| Design (Style) | Ranch | Ranch | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Age | 40 | 32 | 0 | | | | |
| Condition | C4 | C4 | | | | | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8 4 3 | 8 3 3 | | | | | |
| Gross Living Area | 2,579 sq.ft. | 2,472 sq.ft. | +8,000 | sq.ft. | | sq.ft. | |
| Basement & Finished<br>Rooms Below Grade | 0sf | 0sf | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Fau/Cac | Fau/Cac | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | | | | |
| Porch/Patio/Deck | Cvd/Typical | Cvd/Typical | | | | | |
| Pool | In Ground | Gazebo | 0 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $     -3,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price<br>of Comparables | | | $   786,000 | | $ | | $ |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach    Comparable #4 is a pending sale and is similar in age, room count, design and appeal and helps show
current market trends in the subject's marketplace.

## Subject Photos

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code  91784 |
| Lender | Private Purposes Only | | | | | |



**Subject Front**

| | |
|---|---|
| 130 E 20th St | |
| Sales Price | |
| Gross Living Area | 2,579 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | BacksFryProx |
| View | None |
| Site | 23,880 sf |
| Quality | Q4 |
| Age | 40 |



**Subject Back**



**Subject Street**

Main File No. 130 E 20th St   Page #

## Photograph Addendum

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code  91784 |
| Lender | Private Purposes Only | | | | | |



Street - Opposite direction



Side/Chipping peeling noted on eves



Side

## Photograph Addendum

| | |
|---|---|
| Borrower/Client | n/a |
| Property Address | 130 E 20th St |
| City | Upland |

| City | Upland | County | San Bernardino | State | CA | Zip Code | 91784 |
|---|---|---|---|---|---|---|---|
| Lender | Private Purposes Only | | | | | | |



Pool



Garage



Interior

## Photograph Addendum

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | | |
| City | Upland | | County | San Bernardino | State | CA | Zip Code | 91784 |
| Lender | Private Purposes Only | | | | | | |



Interior



Interior with some missing tile work



Interior

Main File No. 130 E 20th St    Page #4

## Photograph Addendum

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code  91784 |
| Lender | Private Purposes Only | | | | | |



Interior



Interior



Interior

Main File No. 130 E 20th St | Page #

## Photograph Addendum

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | |
| City | Upland | County San Bernardino | | State CA | Zip Code 91784 |
| Lender | Private Purposes Only | | | | |



Interior



Interior



Interior

Main File No. 130 E 20th St| Page #

## Photograph Addendum

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code | 91784 |
| Lender | Private Purposes Only | | | | | |

Interior



Interior



Front



## Photograph Addendum

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | |
| City | Upland | County San Bernardino | | State CA | Zip Code 91784 |
| Lender | Private Purposes Only | | | | |



Interior



Interior



Missing flooring

## Photograph Addendum

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code | 91784 |
| Lender | Private Purposes Only | | | | | | |



Interior

Main File No. 130 E 20th St | Page #

## Comparable Photos

| | |
|---|---|
| Borrower/Client | n/a |
| Property Address | 130 E 20th St |
| City | Upland |
| County | San Bernardino |
| State | CA |
| Zip Code | 91784 |
| Lender | Private Purposes Only |



### Comparable 1
2015 Tapia Way

| | |
|---|---|
| Prox. to Subject | 0.07 miles NW |
| Sales Price | 770,000 |
| Gross Living Area | 2,670 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | N;Res; |
| View | None |
| Site | 21000 sf |
| Quality | Q4 |
| Age | 39 |



### Comparable 2
2047 N Palm Ave

| | |
|---|---|
| Prox. to Subject | 0.27 miles NW |
| Sales Price | 663,500 |
| Gross Living Area | 2,036 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2 |
| Location | N;Res; |
| View | None |
| Site | 21800 sf |
| Quality | Q4 |
| Age | 41 |



### Comparable 3
1936 N Tulare Way

| | |
|---|---|
| Prox. to Subject | 0.48 miles W |
| Sales Price | 685,000 |
| Gross Living Area | 2,636 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | BacksFryProx |
| View | None |
| Site | 17582 sf |
| Quality | Q4 |
| Age | 40 |

## Comparable Photo Page

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code | 91784 |
| Lender | Private Purposes Only | | | | |



### Comparable 4

2015 Flower Ct

| | |
|---|---|
| Prox. to Subject | 0.19 miles E |
| Sales Price | 789,000 |
| Gross Living Area | 2,472 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3 |
| Location | N;Res; |
| View | None |
| Site | 20000 sf |
| Quality | Q4 |
| Age | 32 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Main File No. 130 E 20th St  Page #

# Building Sketch

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | |
| City | Upland | County | San Bernardino | State CA | Zip Code 91784 |
| Lender | Private Purposes Only | | | | |



TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| First Floor | 2579.25 Sq ft | 0.5 × 2 × 1.5 | = | 1.5 |
| | | 0.5 × 1.5 × 2 | = | 1.5 |
| | | 5 × 1.5 | = | 7.5 |
| | | 6.5 × 1 | = | 6.5 |
| | | 6.5 × 1 | = | 6.5 |
| | | 34 × 26.5 | = | 901 |
| | | 21 × 30.5 | = | 640.5 |
| | | 29.5 × 25 | = | 737.5 |
| | | 13.5 × 20.5 | = | 276.75 |
| **Total Living Area (Rounded):** | **2579 Sq ft** | | | |
| Non-living Area | | | | |
| 3 Car Dettached | 630 Sq ft | 21 × 30 | = | 630 |

## Location Map

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code | 91784 |
| Lender | Private Purposes Only | | | | |



**Aerial**

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code  91784 |
| Lender | Private Purposes Only | | | | | |



## Aerial 2

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code  91784 |
| Lender | Private Purposes Only | | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Plat Map

| Borrower/Client | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | |
| City | Upland | County  San Bernardino | | State  CA | Zip Code  91784 |
| Lender | Private Purposes Only | | | | |



**Plat Map Zoomed**

| Borrower/Client | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 130 E 20th St | | | | | |
| City | Upland | County | San Bernardino | State | CA | Zip Code 91784 |
| Lender | Private Purposes Only | | | | | |

