| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE<br><br>Adam Estorga<br><br><br><br><br>DEBTOR | CHAPTER 13<br>CASE NO. 6:18-bk-17415-SY<br><br>**TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL**<br><br>341A DATE/TIME:  October 10, 2018   9:00 am<br>CONF DATE/TIME: November 13, 2018   1:30 pm<br>**3420 Twelfth St.**<br>**Courtroom: 302** |

The Chapter 13 Trustee hereby objects to confirmation of the plan in this case for the reasons set forth in Attachment A, incorporated herein by this reference.  The Trustee reserves the right to raise other objections in the course of plan confirmation.

Debtors and counsel are reminded:

1.  Failure to appear and prosecute this case at any confirmation hearing or initial or continued meeting of creditors may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  11 U.S.C. §1307(c), LBR 3015-1(c) and (d), 11 U.S.C. §109(g)(1).
2.  Failure to pay all required plan and mortgage payments timely and in the required amounts may result in dismissal of the case, including dismissal with a 180-day bar to re-filing.  LBR 3015-1(e) and (k)(4), 11 U.S.C. §§1326(a), 109(g)(1).
3.  Debtor is required to cooperate with the Chapter 13 Trustee.  11 U.S.C. §521(3).
4.  <u>Any additional documents required to be submitted or requested by the Trustee herein or otherwise must be received by the Trustee not later than 5 business days following the initial 341(a) meeting of creditors</u>.

WHEREFORE, the Chapter 13 Trustee hereby moves this court for its order denying confirmation and dismissing this case, including dismissal with a 180-day bar to re-filing, if appropriate.

DATED: October 10, 2018                                                                              /s/ Rod Danielson
                                                                                                                      Chapter 13 Trustee

FG:240 - 10/10/2018 - BK

**ATTACHMENT A -** ESTORGA

## Declaration of Rod Danielson in Support For
## Objection to Plan Confirmation and Request Dismissal

The Chapter 13 Trustee hereby objects to confirmation of the plan and requests dismissal of this case on the following grounds and for the following reasons:

- Debtor and attorney failed to appear at the initial 341(a) meeting of creditors, and no plan payments were paid to the Chapter 13 trustee, in violation of LBR 3015-1 (c)(2), (k)(1)(A) and 11 U.S.C. § 1326(a). The Trustee recommends that the case be dismissed with a 180-day bar against re-filing. 11 U.S.C. § 109(g)(1), LBR 3015-1 (k)(4), LBR 3015-1 (c)(6), 11 U.S.C. § 1307 (4).

- Debtor has not filed the DSO/Tax declaration.

- Debtor failed to file the Rights and Responsibilities Agreement.

- Debtor failed to provide adequate notice to the creditors. The notice lists the wrong objection deadline.

- Debtor(s) failed to provide proof of income from all sources.

- Debtor failed to disclose employment information on the schedule I.

- Debtor failed to provide a copy of the auto insurance declarations page.

- Debtor claims incorrect exemptions on the schedule C.

I declare under penalty of perjury that the foregoing is true and correct. Signed and dated at Riverside, California on <u>10/10/2018.</u>

                                                    /s/ Rod Danielson
                                                    Chapter 13 Trustee

| In re: **ADAM ESTORGA** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:18-bk-17415-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S OBJECTION TO PLAN CONFIRMATION AND REQUEST FOR DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **10/10/2018,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
ADAM ESTORGA
130 EAST 20TH STREET
UPLAND, CA  91784

Attorney for Debtor
LAW OFFICES OF DENNIS RASMUSSEN
750 E GREEN ST, STE 333
PASADENA, CA  91101

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/10/2018 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG: 140 - BK
June 2012

**F 9013-3.1.PROOF.SERVICE**